# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> SIERRA WIRELESS, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-637-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS SIERRA WIRELESS

WHEREAS, Plaintiff American Patents LLC ("American") and Defendant Sierra Wireless, Inc. ("Sierra Wireless") have resolved American's claims for relief against Sierra Wireless in this case.

NOW, THEREFORE, American and Sierra Wireless, through their attorneys of record, request this Court to dismiss all claims asserted by American against Sierra Wireless in this case with prejudice, with each party to bear their own attorneys' fees, costs of court, and expenses, subject to the Court's retention of jurisdiction for the limited purpose of enforcing the parties' settlement agreement.

Dated: September 21, 2021               Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428

larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*


/s/ *Amanda Tessar*
Amanda Tessar
atessar@perkinscoie.com

PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Phone: 303-291-2357
Fax: 303-291-2347

**ATTORNEYS FOR DEFENDANT,
SIERRA WIRELESS, INC.**

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on September 21, 2021.

                                                */s/Zachariah S. Harrington*
                                                Zachariah S. Harrington